IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TRENTON DIVISION

**O'Hara & Marruchella, LLC**
**38 No. Gaston Ave.**
**Somerville, NJ, 08876**
Attorneys for Defendant Hennadii Holovkin

RECEIVED
MAR 31 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s), | : |
| | : CRIMINAL # 09-811(JAP) |
| v. | : |
| Irma Azrelyant, | : |
| Joshua Finkle, | : |
| Natan Zfati, | : ORDER MODIFYING |
| | : CONDITIONS OF |
| Oksana Strusa, | : PRETRIAL RELEASE |
| Alfia Iskandarova and | : |
| Hennadii Holovkin, | : |
| Defendant(s), | : |

THIS MATTER being opened to the court by the defendant Hennadii Holovkin, Patrick C. O'Hara, Jr. appearing and for good cause being shown;

IT IS on this 31st day of March, 2010,

1. ORDERED that Defendant Holovkin may travel to the State of Massachusetts between the period of April 1, 2010 returning to his home in Pennsylvania on April 3, 2010, and

it is further;

2. ORDERED that Defendant Holovkin will provide pre-trial services with the address and telephone number for the location he will staying, and it is further;

2. ORDERED that a copy of this Order be served upon the Brigham Cannon of the United States Attorney and Donna Makowiecki of pre-trial services.

_____
Joel A. Pisano
United States District Judge